Linda Bondi Morrison, Esq., SBN 210264
Kenneth J. Zielinski, Esq., SBN 258555
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 336-1200
Facsimile: (949) 752-0645
E-Mail: lmorrison@tresslerllp.com
kzielinski@tresslerllp.com

JS-6

Attorneys for Plaintiff, Great American E&S Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| GREAT AMERICAN E&S INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARP INDUSTRIES, INC., a California Corporation, and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. CV12-1412 CAS (JEMx)<br><br>Judge: Christina A. Snyder<br>Magistrate: John E. McDermott<br>Courtroom 5<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: Feb. 17, 2012 |
|---|---|

**GOOD CAUSE APPEARING THEREFORE IN THE JOINT STIPULATION OF THE PARTIES**:

**IT IS THEREFORE ORDERRED** that:

1. This action is dismissed without prejudice pursuant to and subject to Great American E&S Insurance Company and Sharp Industries, Inc.'s **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** dated August 2, 2012.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Hon. Christina A. Snyder
U.S. District Court Judge

OC#39772

1
**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**